[No. 2315-2.    Division Two.    September 21, 1976.]

*In the Matter of the Welfare of* REBECCA KOOP, ET AL, MARILYN KOOP, *Petitioner.*

Appeal from judgments of the Superior Court for Pierce

County, Nos. 28218, 28219, William L. Brown, Jr., J., entered February 6, 1976. *Affirmed* by unpublished per curiam opinion.